IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SABA ADHAL,<br><br>        Plaintiff,<br><br>v.<br><br>MARY HYNES DANIELAK, PSY.D., P.C. and MARY HYNES DANIELAK,<br><br>        Defendants. | CIVIL ACTION FILE NO.<br><br>1:12-cv-01221-MHS |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Saba Adhal and Defendants Mary Hynes Danielak, Psy.D., P.C. and Mary Hynes Danielak, by and through the undersigned, hereby stipulate and agree that the above-entitled action be dismissed with prejudice pursuant to Fed.R.Civ.P. 41(a)(1), with each party bearing its own costs.

Dated:        September 28, 2012

| | |
|---|---|
| /s/  John L. Mays | /s/ Byron M. G. Sanford |
| John L. Mays | Byron M. G. Sanford |
| Georgia Bar No. 986574 | Georgia Bar. No. 005055 |
| Jeff Kerr | Erin A. Schaub |
| Georgia Bar No. 634260 | Georgia Bar No. 897138 |

1

| | |
|---|---|
| MAYS & KERR LLC | BRISKIN, CROSS & SANFORD, LLC |
| 229 Peachtree Street | 1001 Cambridge Square |
| International Tower \| Suite 980 | Suite D |
| Atlanta, Georgia 30303 | Alpharetta, Georgia 30009 |
| 404.410.7998 | 770.410.1555 |
| 404.855.4066 | 770.410.3281 |
| john@maysandkerr.com | bsanford@briskinlaw.com |
| jeff@maysandkerr.com | eschaub@briskinlaw.com |
| | |
| Attorneys for Plaintiff | Attorneys for Defendants |